UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 22-5512-MWF(MAAx)**                                         Date:  May 22, 2023

Title   **Neway Mengistu v. Housing Authority of the City of Los Angeles, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 5, 2022.  (Docket No. 1).  On February 17, 2023, the Court issued an Order to Show Cause re dismissal for lack of prosecution.  (Docket No. 11).  In response to that Order to Show Cause, on March 20, 2023, Plaintiff filed a Proof of Service of the Summons and Complaint on Defendant Housing Authority of the City of Los Angeles.  (Docket No. 12).  The Court discharged the Order to Show Cause on March 24, 2023.  (Docket No. 13).

The Court again **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 2, 2023**.

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

The Court will not issue another Order to Show Cause to remind Plaintiff to prosecute this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-5512-MWF(MAAx)**                                   Date:  May 22, 2023

Title         **Neway Mengistu v. Housing Authority of the City of Los Angeles, et al.**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JUNE 2, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.

    Although Plaintiff is proceeding pro se, *i.e.*, without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. L.R. 83-2.2.3.  The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

    The Court cannot provide advice to any party, including pro se litigants, *i.e.*, parties who are not represented by a lawyer.  There is a free "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

☒ Los Angeles

    The Court notes that a party to this lawsuit does not have a lawyer.  Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-5512-MWF(MAAx)**                                    Date:  May 22, 2023

Title          **Neway Mengistu v. Housing Authority of the City of Los Angeles, et al.**

ELECTRONIC DOCUMENT SUBMISSION SYSTEM (EDSS):  Pro se litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office.  Only internet access and an e-mail address are required.  Documents are submitted in PDF format through an online portal on the Court's website.  To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

Attorneys may not use EDSS to submit documents on behalf of their clients. Attorneys are required by the local rules to file documents electronically using the Court's CM/ECF System.

ELECTRONIC FILING:  Pro se litigants may apply to the Court for permission to electronically file.  Form CV-005 is available at http://www.cacd.uscourts.gov/court-procedures/forms.

The Court's website home page is http://www.cacd.uscourts.gov.